[No. 33049-4-III.   Division Three.   August 11, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. TANNER FUSTON, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 13-8-00033-3, Joseph R. Schneider, J. Pro Tem., entered January 7, 2015. *Remanded with instructions* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 33243-8-III.   Division Three.   August 11, 2016.]

*In the Matter of the Marriage of* DUANE R. COOK, *Respondent*, and ELAINE M. COOK, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 13-3-00783-3, Maryann C. Moreno, J., entered February 19, 2015. *Affirmed* by unpublished opinion per Pennell, J., concurred in by Fearing, C.J., and Siddoway, J.

[No. 72965-9-I.   Division One.   August 15, 2016.]

THE STATE OF WASHINGTON, *Appellant*, v. THOMAS LEE OLSON, *Respondent*.

Appeal from a judgment of the Superior Court for King County, No. 14-1-00294-3, Laura Gene Middaugh, J., entered January 9, 2015. *Affirmed* by unpublished opinion per Appelwick, J., concurred in by Becker and Schindler, JJ.

[No. 73461-0-I.   Division One.   August 15, 2016.]

THE STATE OF WASHINGTON, *Respondent*, v. JACOB TAYLOR HARRISON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 14-1-02189-0, George F.B. Appel, J., entered May 6, 2015. *Affirmed* by unpublished opinion per Becker, J., concurred in by Trickey, A.C.J., and Dwyer, J.